IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW A. HERZOG, | ) | 8:09CV10 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOY WIESLER, DAWN COLLINS, JULIE REDWING, KARREN BRESSLER, MELODY WINTER, BEVE LEUTION, MONTEY MIDLETON, TYLENNE BEURER, DEAN GAURBER, DALE CLARK, NIEL HESSIE, KRISTY GRANNIGER, ANNETTE OTTIS, DIANNE SCHUMAKER, DIANE SYNOVIC, KENDRA TIEGIANT, JUDY ANDERSON, LIND ADAMS, LINDA HANSEN, TOM SOONTUG, STEPHEN ONIEL, PAUL SCHAUB, and LEANNE WICHE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

   This matter is before the court on its own motion. The final pretrial conference in this matter, currently scheduled for September 9, 2010, is cancelled. The final pretrial conference may be rescheduled after the resolution of Defendants' Motions for Summary Judgment, if necessary.

   IT IS THEREFORE ORDERED that the Clerk of the Court is directed to cancel the final pretrial conference in this matter, currently scheduled for September 9, 2010. The final pretrial conference will be rescheduled after the resolution of Defendants' Motions for Summary Judgment, if necessary.

DATED this 22nd day of July, 2010.

                                        BY THE COURT:

                                        *Richard G. Kopf*
                                        United States District Judge

---

     *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.