IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW A. HERZOG, | ) | 8:09CV10 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOY WIESELER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the court on Plaintiff's Motion to Appoint Counsel (filing no. 152), filed January 28, 2011. Judgment was entered in this matter on August 4, 2010. Accordingly, Plaintiff's Motion is denied.

    IT IS THEREFORE ORDERED that: Plaintiff's Motion to Appoint Counsel (filing no. 152) is denied.

    DATED this 2nd day of February, 2011.

                                                        BY THE COURT:

                                                        *Richard G. Kopf*
                                                        United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.